■ EUGENE A. MATZAN, Appellant-Respondent, v EASTMAN KODAK COMPANY, Respondent-Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeals from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Lawton, Boehm and Fallon, JJ.